UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ABBIE L. RAMOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00152 ) |
| WAL-MART STORES, INC., et al., | ) ) |
| Defendants. | ) ) |

**ORDER**

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 31) recommending the Court grant in part and deny in part Walmart Inc., Francise Gardner, Melissa McKennen, and Sharon Shippy's Motion to Dismiss (Doc. No. 21). No timely objections have been field.

The failure to "timely object to a report and recommendation releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition. Accordingly, the R&R is **APPROVED AND ADOPTED**; Defendants' Motion to Dismiss (Doc. No. 21) is **GRANTED IN PART** and **DENIED IN PART**. Ramos's claims against Gardner, McKennen, and Shippy are **DISMISSED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE