UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ABBIE L. RAMOS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00152 |
| | ) |
| **WAL-MART STORES, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 45) recommending the Court grant in part and deny in part Walmart's Motion for Sanctions (Doc. No. 41), and that Ramos's claims against Walmart be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 37 and 41(b). Neither party filed a timely objection to the R&R.

Where neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Walmart's Motion for Sanctions (Doc. No. 41) is **GRANTED IN PART** and **DENIED IN PART**. The action is **DISMISSED WITHOUT PREJUDICE**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:21-cv-00152   Document 46   Filed 05/05/23   Page 2 of 2 PageID #: 470